FILED

AUG 24 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VAZKEN MOVSESIAN; et al., | No. 07-56722 |
| Plaintiffs - Appellees, | D.C. No. CV-03-09407-CAS-JWJ<br>Central District of California,<br>Los Angeles |
| v. | |
| VICTORIA VERSICHERUNG AG, a German corporation and ERGO VERSICHERUNGSGRUPPE AG, a German corporation, | ORDER |
| Defendants, | |
| and | |
| MUNCHENER RUCKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT AG, a German corporation, | |
| Defendant - Appellant. | |

Before: PREGERSON, D.W. NELSON, and WARDLAW, Circuit Judges.

The Motion for Leave to File Brief of Amici Curiae Armenian Bar Association et al. in Support of Response to Petition for Rehearing En Banc is GRANTED. The Clerk is directed to file the brief that was received on February 11, 2011.

The Motion for Leave to File Letter of Amici Curiae Armenian Bar Association et al. in Response to Citations of Supplemental Authorities is GRANTED. The Clerk is directed to file the letter brief that was received on August 8, 2011.